HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
KAICEY NELSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:14-mj-00065-MJS |
| Plaintiff, | **MOTION TO VACATE JUNE 6, 2017 REVIEW HEARING; ORDER** |
| vs. | |
| KAICEY NELSON, | |
| Defendant. | |

Defendant Kaicey Nelson hereby requests that the Court vacate the June 6, 2017 interim review hearing. Additionally, the parties request that a final review hearing be set for June 2018. The government is in agreement with the request.

On July 19, 2016, the Court sentenced Ms. Nelson to twenty-four months of unsupervised probation, with the conditions that she obey all laws and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law. She was also ordered to pay a $10.00 penalty assessment, complete a one-year inpatient treatment program, and complete 100 hours of community service within 23 months.

Ms. Nelson began participating in a one-year inpatient treatment program through Teen Challenge on August 9, 2016. She has remained continuously in the program since that date and is anticipating a completion date of August 9, 2017. Ms. Nelson has also paid her $10.00 penalty assessment, and has not been arrested or cited for any new law violation. She has not yet

completed the 100 hours of community service, but anticipates completing those hours upon her release from the Teen Challenge program.

Accordingly, Ms. Nelson is currently in compliance with all conditions of her probation, and she hereby requests that her June 6, 2017 interim review hearing be vacated, and that a final review hearing be set in June 2018. Ms. Nelson remains on unsupervised probation until July 19, 2018.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: JNelsoune 1, 2017            */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
KAICEY NELSON

# **O R D E R**

Based on the parties' joint representation that Ms. Nelson is in compliance with the conditions of her probation, the Court vacates the review hearing scheduled for June 6, 2017, at 10:00 a.m., and sets a final review hearing for June 5, 2018, in case number 6:14-mj-00065-MJS.

IT IS SO ORDERED.

Dated:   June 1, 2017            /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE