1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   KAICEY NELSON
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                Case No. 6:14-mj-00065-JDP

12              Plaintiff,                   **MOTION TO VACATE JUNE 5, 2018 REVIEW HEARING; ORDER**

13       vs.

14  KAICEY NELSON,

15              Defendant.

16

17       Defendant Kaicey Nelson hereby requests that the Court vacate the June 5, 2018 review

18  hearing. The government is in agreement with the request.

19       On July 19, 2016, the Court sentenced Ms. Nelson to twenty-four months of unsupervised

20  probation, with the conditions that she obey all laws and advise the Court and Government

21  Officer within seven days of being cited or arrested for any alleged violation of law. She was

22  also ordered to pay a $10.00 penalty assessment, complete a one-year inpatient treatment

23  program, and complete 100 hours of community service within 23 months.

24       Ms. Nelson has not had any new violations of law, has completed the one-year inpatient

25  treatment program, and completed 300 hours of community service. Accordingly, Ms. Nelson is

26  in compliance with the conditions of her probation, and she hereby requests that the June 5, 2018

27  review hearing be vacated.

28  //

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 24, 2018         */s/ Hope Alley*
                           HOPE ALLEY
                           Assistant Federal Defender
                           Attorney for Defendant
                           KAICEY NELSON

# **O R D E R**

Based on the parties' joint representation that Ms. Nelson has complied with the conditions of her probation, the court vacates the June 5, 2018 review hearing.

IT IS SO ORDERED.

Dated:   May 29, 2018              /s/ *Jeremy D. Peterson*
                                   UNITED STATES MAGISTRATE JUDGE